# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| BOON SOON MOORS, )<br>)<br>Plaintiff, )<br>) Civil Action No: 1:17-cv-224-NT<br>v. )<br>)<br>EDUCATIONAL TESTING SERVICE, )<br>STATE OF MAINE DEPARTMENT OF )<br>EDUCATION, A. PENDER MAKIN, )<br>)<br>Defendants. ) | |

## STIPULATION OF DISMISSAL

The parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action with prejudice and without fees or costs to any party.

Dated: June 12, 2019 　　　　　　　　　　/s/ Kristin L. Aiello
　　　　　　　　　　　　　　　　　　　Kristin L. Aiello
　　　　　　　　　　　　　　　　　　　Managing Attorney
　　　　　　　　　　　　　　　　　　　DISABILITY RIGHTS MAINE
　　　　　　　　　　　　　　　　　　　24 Stone Street, Suite 204
　　　　　　　　　　　　　　　　　　　Augusta, ME  04330
　　　　　　　　　　　　　　　　　　　Tel.:   (207) 626-2774
　　　　　　　　　　　　　　　　　　　Email: kaiello@drme.org
　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*
　　　　　　　　　　　　　　　　　　　*Boon Soon Moors*

Dated: June 7, 2019 　　　　　　　　　　/s/ Daniel A. Nuzzi
　　　　　　　　　　　　　　　　　　　Daniel A. Nuzzi
　　　　　　　　　　　　　　　　　　　Nathaniel A. Bessey
　　　　　　　　　　　　　　　　　　　BRANN & ISAACSON
　　　　　　　　　　　　　　　　　　　184 Main Street; P.O. Box 3070
　　　　　　　　　　　　　　　　　　　Lewiston, ME  04243–3070
　　　　　　　　　　　　　　　　　　　Tel.:   (207) 786–3566
　　　　　　　　　　　　　　　　　　　Email: dnuzzi@brannlaw.com
　　　　　　　　　　　　　　　　　　　　　　　nbessey@brannlaw.com
　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　*Educational Testing Service*

2

| | |
|---|---|
| Dated:  June 10, 2019 | */s/ Valerie A. Wright*<br>Valerie A. Wright<br>Sarah A. Forster<br>Assistant Attorneys General<br>OFFICE OF THE ATTORNEY GENERAL<br>6 State House Station<br>Augusta, ME  04333-0006<br>Tel.     (207) 626-8568<br>Email:  valerie.a.wright@maine.gov<br>           sarah.forster@maine.gov<br>*Attorneys for Defendants*<br>*State of Maine, Department of*<br>*Education, and A. Pender Makin* |

2

## **CERTIFICATE OF SERVICE**

I certify that on June 12, 2019, I electronically filed the foregoing document using the CM/ECF system, which will send notification to counsel of record.

>                                                          */s/ Kristin L. Aiello*
>                                                          Kristin L. Aiello, Bar No. 8071
>                                                          Attorney for Plaintiff